In the United States District Court for the
Northern District of Alabama, Southern Division

| | |
|---|---|
| **SMATrealestate, LLC,** **East West Homes, LLC, and** **Earline's Homes, LLC,** *Plaintiffs,* v. **Constitution Credit, LLC** **Constitution CR LLC** **REO Lend I LLC and** **Ricardo Sims,** *Defendants.* | 2:24-CV-00630 JURY DEMAND |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs SMATrealestate, LLC, East West Homes, LLC, and Earline's Homes, LLC respond to Defendants' Motion to Dismiss (Doc. 3) by filing an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B). (Doc. 8).

The filing of Plaintifffs' First Amended Complaint procedurally and substantively moots the arguments raised in Defendants' Motion to Dismiss. Therefore, the Motion is due to be DENIED.

Respectfully submitted,

*/s/   Tripp Watson*
Joseph E. "Tripp" Watson

                                              tripp@watson-firm.com
                                              Attorney for Plaintiffs

*Of Counsel*
The Watson Firm
2007 3rd Avenue North
Birmingham AL, 35203
205.545.7278
contact@watson-firm.com

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that they have served the Defendants below via electronic notice through ECF on their counsel of record:

Constitution Credit, LLC
500 Post Rd E
Westport, CT, 06880

Constitution CR, LLC
500 Post Rd E
Westport, CT, 06880

REO Lend I, LLC
2389 Main St., STE 100
Glastonbury, CT 06033

Ricardo Sims
8208 Scenic Turn
Boca Raton, FL 33433


                                                      ***/s/     Tripp Watson***
                                                      Joseph E. "Tripp" Watson